LOCAL BANKRUPTCY FORM 1007-1(c)
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SEAN LETTERLOUGH : | |
| RAE LA'MISE TALLEY : | CASE NO. 1:17-bk-04323 |
| aka Rae Lamise Talley : | |
| Debtor(s) | |

**CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Sean Letterlough, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
☑ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: October 6, 2017


Debtor /s/ Sean Letterlough