**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SEAN LETTERLOUGH | : | |
| RAE LA'MISE TALLEY | : | CASE NO. 1:17-bk-04323 |
| aka Rae Lamise Talley | : | |
| Debtor(s) | : | |
| | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete Part C for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $5,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $      0.00 |
| 3. Balance of compensation to be paid through plan distributions | $5,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $      0.00 |
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $      0.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $      0.00 |
| 3. Expenses reimbursed prepetition | $      0.00 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $      0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $      0.00 |

| | |
|---|---|
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $5,000.00 |

Dated: October 17, 2017

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 Fax
karagendron@gmail.com